DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE C. GRIMSLEY,**
Appellant,

v.

**BARFIELD McCAIN, P.A.,** a professional association,
attorney **RYAN R. McCAIN,** individually, and attorney **DARREN J. AYOUB**, individually,
Appellees.

No. 4D18-3492

[April 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie Goodman, Judge; L.T. Case No. 50-2018-CA-000906-XXXX-MB.

George C. Grimsley, West Palm Beach, pro se.

John Michael Burman of Reid Burman Lebedeker Xenic, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***